**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 04-2217

---

GLORIA A. CARLYLE,

Plaintiff - Appellant,

versus

SOCIAL SECURITY ADMINISTRATION; OFFICE OF
HEARINGS & APPEALS; COMMONWEALTH OF VIRGINIA,
DEPARTMENT OF REHABILITATIVE SERVICES;
COMMONWEALTH OF VIRGINIA, DEPARTMENT OF
REHABILITATIVE SERVICES, Disability
Determination Services,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. James R. Spencer, District
Judge. (CA-03-629-3)

---

Submitted: January 14, 2005        Decided: February 16, 2005

---

Before WILKINSON, GREGORY, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Gloria A. Carlyle, Appellant Pro Se. Tara Louise Casey, OFFICE OF
THE UNITED STATES ATTORNEY, Richmond, Virginia; Jane D. Hickey,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Gloria A. Carlyle appeals the district court's order adopting the recommendation of the magistrate judge and granting summary judgment in favor of the defendants in her action challenging the denial of disability insurance benefits and supplemental security income. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Carlyle v. Soc. Sec. Admin.</u>, No. CA-03-629-3 (E.D. Va. July 23, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>